AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| EXCEPTIONAL HOLIDAY LIGHTING LLC<br><br>*Plaintiff(s)*<br>v.<br>vs.<br>ESSENTIAL HOLIDAY LIGHTING, LLC; NELSON HAWS III, ZOE ROSEN, and JARED BEVIANO<br><br>*Defendant(s)* | Civil Action No. 9:25-cv-81477-DMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ESSENTIAL HOLIDAY LIGHTING, LLC
2612 NW 39th St.
Boca Raton, FL 33434

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kelly Ann M. desRosiers
THE LOMNITZER LAW FIRM, P.A.
7999 N. Federal Highway, Suite 202
Boca Raton, FL 33487
litigation@lomnitzerlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 11/26/2025



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ B. Chin
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| EXCEPTIONAL HOLIDAY LIGHTING LLC <br><br> *Plaintiff(s)* <br> v. <br> vs. <br> ESSENTIAL HOLIDAY LIGHTING, LLC; NELSON HAWS III,  ZOE ROSEN, and JARED BEVIANO <br><br> *Defendant(s)* | Civil Action No.  9:25-cv-81477-DMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NELSON HAWS III
7244 Via Abruzzi
Lake Worth, FL 33467

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kelly Ann M. desRosiers
THE LOMNITZER LAW FIRM, P.A.
7999 N. Federal Highway, Suite 202
Boca Raton, FL 33487
litigation@lomnitzerlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  11/26/2025



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ B. Chin

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| EXCEPTIONAL HOLIDAY LIGHTING LLC<br><br>*Plaintiff(s)*<br>v.<br>vs.<br>ESSENTIAL HOLIDAY LIGHTING, LLC; NELSON HAWS III,  ZOE ROSEN, and JARED BEVIANO<br><br>*Defendant(s)* | Civil Action No.  9:25-cv-81477-DMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Zoe Rosen
2612 NW 39th St.
Boca Raton, FL 33434

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kelly Ann M. desRosiers
THE LOMNITZER LAW FIRM, P.A.
7999 N. Federal Highway, Suite 202
Boca Raton, FL 33487
litigation@lomnitzerlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  11/26/2025



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ B. Chin
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

EXCEPTIONAL HOLIDAY LIGHTING LLC

*Plaintiff(s)*

v.

vs.
ESSENTIAL HOLIDAY LIGHTING, LLC; NELSON HAWS III, ZOE ROSEN, and JARED BEVIANO

*Defendant(s)*

Civil Action No. 9:25-cv-81477-DMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JARED BEVIANO
20571 Linksview Way
Boca Raton, FL 33434

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kelly Ann M. desRosiers
THE LOMNITZER LAW FIRM, P.A.
7999 N. Federal Highway, Suite 202
Boca Raton, FL 33487
litigation@lomnitzerlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 11/26/2025



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ B. Chin*
Deputy Clerk
U.S. District Courts